IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cheryl Durst, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00292 |
| v. | : | Judge Smith |
| E.I. du Pont de Nemours and Company, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

## ORDER

The preliminary pretrial conference set for May 2, 2013 is postponed. Counsel are DIRECTED to schedule a telephone status conference with me if this case has not been transferred to the Judicial Panel on Multidistrict Litigation by June 30, 2013.

s/Mark R. Abel
United States Magistrate Judge